HARTMANN DOHERTY
ROSA BERMAN & BULBULIA
Limited Liability Partnership
Attorneys At Law

433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

Miami Office
8821 SW 69th Court
Miami, Florida 33156
t: 305.419.2936

March 31, 2025

**VIA ECF**

# ORDER

Hon. Stacey D. Adams, U.S.M.J.
United States District Court for the District of New Jersey
50 Walnut Street
Newark, N.J. 07101

***Re: Kidwai v. Hudson County Prosecutor's Office et. al.***
***Docket No. 2:23-cv-23206***

Dear Magistrate Judge Adams:

This firm represents Plaintiff Yursil Kidwai. The discovery dispute deadline in this case is March 31, 2025 and the discovery end date is April 30, 2025. Plaintiff and Defendant Hudson County Prosecutor's Office engaged in a meet and confer about multiple documents withheld as privileged. On March 24, 2025, Defendant provided some documents and maintained privilege as to others. We are in the process of reviewing that submission to determine if a discovery dispute still exists. Furthermore, the deposition scheduled for March 26, 2025 was rescheduled because an unforeseen personal matter arose for the witness. At this time, we are not certain when he will be able to be deposed. In light of those developments, I am writing to request that the discovery dispute deadline and discovery end date be moved to May 15, 2025. All counsel consented to this request.

Respectfully yours,

*s/ Suzanne E. Cevasco*
Suzanne E. Cevasco, Esq,

THE HIGHLIGHTED REQUEST IS GRANTED. THIS IS THE THIRD EXTENSION. NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXIGENT CIRCUMSTANCES.

SO ORDERED:

HON. STACEY D. ADAMS
United States Magistrate Judge
Dated: April 2, 2025.